IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRANDON L. WARREN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>    Defendant. | Civil No. 6:22-CV-00712-SB<br><br><br>ORDER FOR REMAND |

 Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will further develop the record and issue a new decision. The ALJ will further give further consideration to the claimant's subjective complaints and the opinion from Alice Cole, QMHP, conduct a DAA analysis to determine the materiality of claimant's substance use, and take any necessary action to complete the administrative record and to complete the sequential evaluation. Plaintiff shall have the opportunity to submit new evidence.

 Upon proper presentation, Plaintiff will be entitled to reasonable attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

 IT IS SO ORDERED this __5th__ day of __June__, 2023.

_Stacie F. Beckerman_
Hon. Stacie F. Beckerman
United States Magistrate Judge